CARVER *v.* UPTON, ASSIGNEE.

ERROR to the Circuit Court of the United States for the Northern District of Illinois.

The decision of this case is controlled by the opinion in *Sanger* v. *Upton, Assignee*, *supra*, p. 56.

*The judgment of the Circuit Court is affirmed.*